# ATTACHMENT 1

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__
Robert W. Hastenmeir U.S Court House, 120 W. Henry St, Room 320

(Full name of plaintiff(s))

__Timothy Randolph__

22-cv-732-wmc

vs

Case Number:

(Full name of defendant(s))

__20-cv-694-bbc__

__Wellpath Corporate__

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __P.O Box 189 Phoenix, MD 21131__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Wellpath Corporate__
(Name)

is (if a person or private corporation) a citizen of __Tennessee__
(State, if known)

and (if a person) resides at __1283 Murfreesboro Road Nashville, TN, 37217__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Dane County Jail, 115 W Doty St, Madison WI, 53703__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plantiff Timothy Randolph is a Inmate at Dane County Jail in Madison Wisconsin. At about dinner time on July, 01, 2020. Deputy Coyne told Mr. Randolph to lockdown. Wich he refused. Mr. Randolph was then moved to segregation. Mr. Randolph was also moved again to 623 This time Sergeant Schroeder was Availible. He told deputy Coyne and other deputies "why is Mr. Randolph head moving. They than forced Mr. Randolph to a steel door so hard they popped his elbow out of place. Mr. Randolph

was placed in a restrainig chair while in Excruciating pain for two hours. Mr. Randolph than asked for a nurse or doctor to check out his Arm. His injury was ignored and none treated for three weeks. This All happened because Sergeant schroeder didn't like Mr. Randolph due to previous incidents in the past. And due to nurses and staff not examining Mr. Randolph's Arm, It now has nerve problems and isn't healing correctly. Deputy Coyne and other deputies even made fun about the situation by continously ask Mr. Randolph "How is that Arm doing" Mr. Randolph is seeking Damages for Nurses and staff ignoring him and Refusing him medical attention for three weeks, while in serious pain the whole time.

C.   JURISDICTION

[✓]   I am suing for a violation of federal law under 28 U.S.C. § 1331.
          OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Mr. Randolph would like to seek a million dollars in damages for all the excruciating pain and suffering he has and is currently going through. Mr. Randolph would also like for medical staff and Dane County deputies, to start to treat the inmates in Dan County Jail better and also seek more medical attention when needed. Mr Randolph would also like for Dane county to hire new nurses who are more careful and respectful to the Inmates. And not ignore inmates when they need medical help.

E.   JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
     OR
☑ Court Trial – I want a judge to hear my case

Dated this **24** day of **December** 20 **22**.

Respectfully Submitted,

_Timothy Randolph_
Signature of Plaintiff

_692 727_
Plaintiff's Prisoner ID Number

_P.O Box Phoenix, MD 21131_
_Dodge Correctional Institution_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.